A CERTIFIED TRUE COPY
ATTEST

By Teresa Bishop on Jan 27, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jan 09, 2009

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

FILED
FEB - 6 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

(SEE ATTACHED SCHEDULE)

MDL No. 875

C-08-4925-SBA
C-08-5015-SBA

## CONDITIONAL TRANSFER ORDER (CTO-318)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 83,678 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jan 27, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 1/29/09
ATTEST: Tom Dempsey
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                   MDL No. 875


### SCHEDULE CTO-318 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA CENTRAL** | |
| ~~CAC 2 08-7434~~ | ~~Carol S. Dudash, et al. v. Alstom Power, Inc., et al.~~ **Opposed 1/26/09** |
| ~~CAC 2 08-7548~~ | ~~John Lusk, et al. v. A.B. Boyd Co., et al.~~ **Opposed 1/26/09** |
| **CALIFORNIA NORTHERN** | |
| ~~CAN 3 08-3013~~ | ~~Jeri Redman, et al. v. A.W. Chesterton Co., Inc., et al.~~ **Opposed 1/26/09** |
| CAN 3 08-4380 | Elmoyne Holbrook, et al. v. General Electric Co., et al. |
| CAN 3 08-4381 | Theoni Salcedo, et al. v. Newport News Shipbuilding & Dry Dock Co., et al. |
| CAN 3 08-4400 | Clark Ogle, et al. v. General Electric Co., et al. |
| CAN 3 08-4401 | Albert Hutto, et al. v. General Electric Co., et al. |
| CAN 3 08-4415 | Larry Yabarra, et al. v. General Electric Co., et al. |
| ~~CAN 3 08-4416~~ | ~~John Koloen, et al. v. General Electric Co., et al.~~ **Opposed 1/27/09** |
| CAN 3 08-4461 | Joseph Murray, et al. v. General Electric Co., et al. |
| CAN 3 08-4489 | Daniel Tarbell, Sr., et al. v. Kaiser Ventures, LLC, et al. |
| CAN 3 08-4490 | Thomas Huff, et al. v. Kaiser Ventures, LLC, et al. |
| CAN 3 08-4656 | Brenda Lunsford, et al. v. General Electric Co. |
| CAN 3 08-4926 | Cleo Ann Conner, et al. v. General Electric Co., et al. |
| CAN 3 08-5185 | Dennis Morillas, et al. v. General Electric Co. |
| CAN 3 08-5212 | Sheila Correia, et al. v. Newport News Shipbuilding & Dry Dock Co. |
| ~~CAN 3 08-5260~~ | ~~David Sanborn, et al. v. Asbestos Corp., Ltd., et al.~~ **Opposed 1/26/09** |
| CAN 4 08-4925 | Patsy Rood, etc. v. General Electric Co., et al. |
| CAN 4 08-5015 | Dorothy Seltmann, et al. v. A.W. Chesterton Co., et al. |
| **CONNECTICUT** | |
| CT 3 07-1359 | Lionel J. Despres, et al. v. Ampco-Pittsburgh Corp., et al. |
| CT 3 07-1912 | Hope Olivar, etc. v. Buffalo Pumps, Inc., et al. |
| CT 3 08-116 | Dorothy DeMatties, etc. v. Acmat Corp., et al. |
| CT 3 08-707 | Richard Carroll, et al. v. Buffalo Pumps, Inc., et al. |
| CT 3 08-1479 | Robert I. Hayford, Jr., et al. v. Buffalo Pumps, Inc., et al. |

**MDL No. 875 - Schedule CTO-318 Tag-Along Actions (Continued)**

DELAWARE
DE  1  08-624         Herbert Pease v. A.W. Chesterton Co., Inc., et al.
DE  1  08-912         Jacqueline Snyder, etc. v. A.O. Smith Corp., et al.

FLORIDA NORTHERN
FLN  1  08-206        John Delatte, et al. v. A.W. Chesterton Co., Inc., et al.

ILLINOIS NORTHERN
ILN  1  08-5754       Marlene Woods, etc. v. CBS Corp., et al.

ILLINOIS SOUTHERN
~~ILS  3  08-755~~         ~~Arvid Johnson, et al. v. Foster Wheeler Energy Corp., et al.~~
                      **Vacated 1/23/09**

LOUISIANA EASTERN
~~LAE  2  08-4203~~        ~~Walter McDonald, et al. v. Crowley Maritime Corp., et al.~~
                      **Opposed 1/27/09**
~~LAE  2  08-4204~~        ~~Clarence Scott Wren, Sr. v. Cooper/T. Smith Stevedoring, Inc., et al.~~   **Opposed 1/27/09**

LOUISIANA WESTERN
LAW  5  08-1341       Joan Montalbano, et al. v. Crown Cork & Seal Co., Inc.

MICHIGAN EASTERN
MIE  2  91-72030      Alfonso Estrada, et al. v. ACandS, Inc., et al.
MIE  2  91-72171      Robert H. Middleton, et al. v. ACandS, Inc., et al.
~~MIE  2  08-14920~~       ~~Garry Turner v. Grand Trunk Western Railroad, Inc.~~
                      **Opposed 1/27/09**

MINNESOTA
MN  0  08-1417        Marvin Gurewitz, etc. v. American Standard, Inc., et al.
MN  0  08-6301        Marvin Dunlap, et al. v. Soo Line Railroad Co.

NORTH CAROLINA EASTERN
NCE  2  08-31         Jerome Bowen Blake v. Anchor Packing Co., et al.
NCE  4  08-118        Harvey Worthington Turnage, Jr., et al. v. Anchor Packing Co., et al.
NCE  4  08-137        Diane Schechter, etc. v. Anchor Packing Co., et al.
NCE  5  08-378        Jessie Darquenne Ashley, etc. v. Anchor Packing Co., et al.
NCE  7  08-106        George N. White, Jr., et al. v. Aqua-Chem, Inc., et al.
NCE  7  08-112        Russell Jay Aderhold, et al. v. Aqua-Chem, Inc., et al.
NCE  7  08-138        David W. Williams, et al. v. Aqua-Chem, Inc., et al.
NCE  7  08-150        Norwood Shelton Wood, et al. v. Anchor Packing Co., et al.

**MDL No. 875 - Schedule CTO-318 Tag-Along Actions (Continued)**

NORTH CAROLINA MIDDLE

| | | |
|---|---|---|
| NCM 1 | 08-697 | Donald Ray Clark v. Aqua-Chem, Inc., et al. |
| NCM 1 | 08-708 | Douglas I. Grandy, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 08-709 | Terry W. Wyrick, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 08-764 | Rosa Lee Manning, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 08-765 | Thomas C. Purdy, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 08-783 | Jimmie Lee Thompson, Sr. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 08-784 | Cary Brown Murphy, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 08-893 | Gary Wade Shue, etc. v. Aqua-Chem, Inc., et al. |

NORTH CAROLINA WESTERN

| | | |
|---|---|---|
| NCW 1 | 07-383 | Jackie C. Laney, et al. v. A.W. Chesterton Co., Inc., et al. |
| NCW 1 | 08-478 | William M. Hamrick, Sr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-479 | Murray D. Washam, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-480 | Bennie G. Pryor, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-481 | Brenda T. Fuller, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-486 | Dennis W. Richard, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-487 | Linda K. Burrell, etc. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-490 | Timothy B. Grass, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-491 | William C. Sturdivant, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-493 | Sueann B. Setzer, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-494 | Danny Ray Shepherd, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-498 | Larry R. Robinette, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-499 | Gary A. Cornelius, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-500 | James F. Barker, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-502 | Charles R. Bradshaw, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-503 | Ronald K. Bridges, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-504 | Joe Dean Byers v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-505 | Robin G. Caskey, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-506 | Tommy E. Cauthen, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-508 | Leon W. Crocker, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-509 | Jacob M. Dellinger, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-511 | Timothy S. Dellinger, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-512 | Eddie Ray Evans, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-513 | Tony V. Lineberger, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-514 | Coy B. Helms, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-517 | Randy G. Mahaffey, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-518 | Gary T. McGee, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-522 | James Boyce Mitchem v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-524 | Stanley B. Rucker, et al. v. Aqua-Chem, Inc., et al. |

**MDL No. 875 - Schedule CTO-318 Tag-Along Actions (Continued)**

| | | |
|---|---|---|
| NCW | 1 08-525 | Kenneth L. Rumfelt, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 08-527 | Danny L. Setzer, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 08-528 | Timothy A. Sheppard v. Aqua-Chem, Inc., et al. |
| NCW | 1 08-529 | Robert L. Witherspoon, et al. v. Aqua-Chem, Inc., et al. |

NEW HAMPSHIRE
NH 1 08-458    Judith L. Jackson, etc. v. Metropolitan Life Insurance Co., et al.

NEW JERSEY
~~NJ 2 08-5112~~    ~~Francine Peluso v. Asbestos Corp., Ltd., et al.~~ **Opposed 1/26/09**

NEW YORK EASTERN
NYE 1 08-3221    Edward Kelchner v. A.W. Chesterton Co., Inc., et al.
NYE 1 08-3436    Mozelle Justice, etc. v. A.W. Chesterton Co., Inc., et al.

NEW YORK SOUTHERN
~~NYS 1 08-10228~~    ~~Michael Curry v. American Standard, Inc., et al.~~ **Opposed 1/14/09**

OHIO NORTHERN
OHN 1 08-10006    Willard E. Bartel, et al. v. A-C Product Liability Trust, et al.
OHN 1 08-10007    Willard E. Bartel, et al. v. A-C Product Liability Trust, et al.

OKLAHOMA NORTHERN
OKN 4 08-590    Donnis Lawson, etc. v. Burlington Northern & Santa Fe Railway Co.

OREGON
~~OR 3 08-469~~    ~~Vivian L. Dunn, etc. v. B&P Process Equipment & Systems, LLC, et al.~~ **Opposed 1/26/09**

RHODE ISLAND
RI 1 05-252    Micheline Moore, etc. v. A.W. Chesterton Co., Inc., et al.
RI 1 05-253    Helen Docherty, etc. v. A.W. Chesteron Co., Inc., et al.
RI 1 08-472    Michael D. Beamis v. Buffalo Pumps, Inc.

SOUTH CAROLINA
SC 0 08-3356    James Monroe Scott, et al. v. Aqua-Chem, Inc., et al.
SC 0 08-3415    William T. Clinton, et al. v. Aqua-Chem, Inc., et al.
SC 0 08-3561    Robert S. Glenn, Jr., et al. v. Aqua-Chem, Inc., et al.

**MDL No. 875 - Schedule CTO-318 Tag-Along Actions (Continued)**

| | | |
|---|---|---|
| SC | 0 | 08-3562 | Perry Littlejohn v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-3565 | James K. Lightsey, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-3566 | Tony D. Hamilton, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-3730 | Gardy F. Oliver, Jr., et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-3738 | Donald W. Ligon, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-3739 | Ronald E. Parham, et al. v. Aqua-Chem, Inc., et al. |
| SC | 2 | 08-3759 | Madge L. Pittman, etc. v. Owens-Illinois, Inc., et al. |
| SC | 7 | 08-3736 | Boyd Holcomb, et al. v. Aqua-Chem, Inc., et al. |
| SC | 7 | 08-3741 | Michael E. Parker, et al. v. Aqua-Chem, Inc., et al. |
| SC | 7 | 08-4096 | Bill Bailey, etc. v. Aqua-Chem Inc., et al. |
| SC | 8 | 08-3357 | Odell C. Weaver, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-3362 | Teresa H. Dale, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-3416 | Selma F. Whitfield, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-3420 | Shirley C. Harden, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-3424 | James Kenneth Black, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-3446 | Charles D. Crisp, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-3448 | John Michael Ashley, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-3560 | Larry M. Parker, et al. v. Aqua-Chem, Inc., et al. |

TENNESSEE EASTERN
~~TNE 3 08-368~~           ~~Angie Smiddy, etc. v. Alcoa, Inc.~~ **Opposed 1/26/09**

UTAH
~~UT 2 08-630~~            ~~Ronnie Smith, et al. v. Ford Motor Co., et al.~~ **Opposed 1/27/09**

VIRGINIA EASTERN
| | | | |
|---|---|---|---|
| VAE | 2 | 08-9368 | Eugene L. Beckerle v. American Standard, Inc., et al. |
| VAE | 2 | 08-9369 | Jesus Marquez v. American Standard, Inc., et al. |
| VAE | 2 | 08-9370 | Orlando Sanchez v. American Standard, Inc., et al. |
| VAE | 2 | 08-9371 | Albert W. Anderson v. American Standard, Inc., et al. |
| VAE | 2 | 08-9372 | Hjalner E. Nygard v. American Standard, Inc., et al. |
| VAE | 2 | 08-9373 | Johnny A. O'Neal, Jr. v. American Standard, Inc., et al. |
| VAE | 2 | 08-9374 | Robert A. Smith v. American Standard, Inc., et al. |
| VAE | 2 | 08-9375 | Robert Lee Zamora v. American Standard, Inc., et al. |
| VAE | 2 | 08-9377 | Michael E. Sanders v. American Standard, Inc., et al. |
| VAE | 2 | 08-9430 | Dennis R. Callihan v. American Standard, Inc., et al. |
| VAE | 2 | 08-9431 | Walter V. Ward v. American Standard, Inc., et al. |
| VAE | 2 | 08-9432 | William H. Monroe, Jr., etc. (George H. Heckman, Jr.) v. American Standard, Inc., et al. |
| VAE | 2 | 08-9433 | Donald L. Hardsaw, Sr. v. American Standard, Inc., et al. |

**MDL No. 875 - Schedule CTO-318 Tag-Along Actions (Continued)**

| | | |
|---|---|---|
| VAE 2 | 08-9434 | Emmett Kirtley v. American Standard, Inc., et al. |
| VAE 2 | 08-9435 | Pete A. Ortega v. American Standard, Inc., et al. |
| VAE 2 | 08-9452 | Roger K. Bergholz v. American Standard, Inc., et al. |
| VAE 2 | 08-9453 | Ronald M. Elde v. American Standard, Inc., et al. |
| VAE 2 | 08-9454 | Arthur J. Demasi v. American Standard, Inc., et al. |
| VAE 2 | 08-9455 | Raymond E. Ficklin v. American Standard, Inc., et al. |
| VAE 2 | 08-9456 | Richard L. Adams v. American Standard, Inc., et al. |
| VAE 2 | 08-9457 | Dennis Brown v. American Standard, Inc., et al. |
| VAE 2 | 08-9458 | Donald F. Carroll, et al. v. The Budd Co., et al. |
| VAE 2 | 08-9459 | Larry Dixon v. American Standard, Inc., et al. |
| VAE 2 | 08-9460 | Francis G. Gross v. American Standard, Inc., et al. |
| VAE 2 | 08-9461 | James H. Hasenfuss v. American Standard, Inc., et al. |
| VAE 2 | 08-9462 | John R. Hastings, Sr. v. American Standard, Inc., et al. |
| VAE 2 | 08-9463 | Alfred A. Haugen v. American Standard, Inc., et al. |
| VAE 2 | 08-9464 | Francis J. Hedstrom v. American Standard, Inc., et al. |
| VAE 2 | 08-9465 | Jay R. Hutton v. American Standard, Inc., et al. |
| VAE 2 | 08-9466 | Edward L. Lee v. American Standard, Inc., et al. |
| VAE 2 | 08-9467 | Jack H. Lester v. American Standard, Inc., et al. |
| VAE 2 | 08-9468 | Raymond C. Martin v. American Standard, Inc., et al. |
| VAE 2 | 08-9469 | Harold B. Martinson v. American Standard, Inc., et al. |
| VAE 2 | 08-9470 | Thomas C. McDougall v. American Standard, Inc., et al. |
| VAE 4 | 08-3247 | Robert Irving Armistead v. 3M Business Products Sales, Inc., et al. |

**VIRGIN ISLANDS**

| | | |
|---|---|---|
| VI 1 | 08-54 | Gabriel Alexander v. St. Croix Alumina, LLC, et al. |
| VI 1 | 08-55 | Theodore Simon v. St. Croix Alumina, LLC, et al. |